No. A–456 (76–930). EVANS, GOVERNOR OF WASHINGTON, ET AL. *v.* ATLANTIC RICHFIELD CO. ET AL. Appeal from D. C. W. D. Wash. Application for stay of order of permanent injunction entered by the United States District Court for the Western District of Washington granted pending final disposition of appeal in this Court.

No. A–458. WARD *v.* UNITED STATES. C. A. 5th Cir. Application for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–62. IN RE DISBARMENT OF PERSKY. Robert S. Persky, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on November 1, 1976 [*ante,* p. 913], is hereby discharged.

No. D–94. IN RE DISBARMENT OF ESBER. It is ordered that Edward M. Esber, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–95. IN RE DISBARMENT OF OHRALIK. It is ordered that Albert Ohralik, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–1261. KNEBEL, SECRETARY OF AGRICULTURE *v.* HEIN ET AL.; and
No. 75–1355. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* HEIN ET AL. Appeals from D. C. S. D. Iowa. [Probable jurisdiction noted, 426 U. S. 904.] Motion of appellee Hein for leave to file supplemental memorandum after argument granted.